```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 53957
   DIEGO J DELUNA
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

      Debtor
   SSN XXX-XX-7633


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/14/05 and confirmed on 12/08/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   4752.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT        INTEREST       PRINCIPAL
                                                                 PAID            PAID
-----------------------------------------------------------------------------
ASSET ACCEPTANCE CORP      UNSECURED             467.55             .00           56.14
ASSOCIATES NATIONAL BANK   UNSECURED         NOT FILED              .00             .00
COMED                      UNSECURED         NOT FILED              .00             .00
FORD MOTOR CREDIT CORP     UNSECURED           14959.16             .00         1796.33
MDP RADIOLOGISTS           UNSECURED         NOT FILED              .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED            1225.75             .00          147.19
RUSH COPLEY MEDICAL CENT   UNSECURED         NOT FILED              .00             .00
YELLOW BOOK OF ILLINOIS    UNSECURED         NOT FILED              .00             .00
RUSH COPLEY MEDICAL CENT   UNSECURED         NOT FILED              .00             .00
B LINE LLC                 UNSECURED            1159.93             .00          139.29
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED       PRIORITY     UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00            .00      17812.39          .00       17812.39
PRINCIPAL PAID          .00            .00       2138.95          .00        2138.95
INTEREST PAID           .00            .00           .00          .00            .00
TOTAL PAID              .00            .00       2138.95          .00        2138.95
The Debtor's attorney, TIMOTHY K LIOU                   , was allowed $   2700.00
and was paid $    296.80  direct and $   2403.20  through the plan.

The Trustee received $    209.85 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 02/10/09               /s/
                         GLENN STEARNS
                         CHAPTER 13 TRUSTEE

                        PAGE   2
   CASE NO. 05 B 53957 DIEGO J DELUNA